# Third District Court of Appeal

## State of Florida

Opinion filed September 20, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1449
Lower Tribunal No. F10-6731
_____

**Michael Parks,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Michael Parks, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Morris v. State, 727 So. 2d 975, 977 (Fla. 5th DCA 1999) ("An acquittal in a criminal case does not preclude the judge from determining that a parole or probation violation has occurred based on the same conduct."); Eustache v. State, 248 So. 3d 1097, 1100 (Fla. 2018) ("Florida courts have consistently treated conduct involving a new criminal offense, such as [appellant's] illegal drug possession, as a substantive violation."); Flagg v. State, 179 So. 3d 394, 397 (Fla. 1st DCA 2015) ("Where there has been a substantive violation, such as a new law offense, a previously designated youthful offender may be sentenced above the six-year cap up to the statutory maximum for the underlying offenses."); see also § 810.02(2), Fla. Stat. (2010).